# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jonta Hampton-Bey,

      Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                      3:07cv280

Rick Jackson,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/18/07 Order.

                                   Signed: July 18, 2007

                                   Frank G. Johns, Clerk
                                   United States District Court

Dockets.Justia.com