IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV280-1-MU

| | |
|---|---|
| JONTA HAMPTON-BEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| RICK JACKSON, admin., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Petitioner's "Motion to be Released from Custody Deriving from False Imprisonment," filed July 23, 2007.

On July 9, 2007, Petitioner filed a document that this Court construed as a federal habeas petition pursuant to 28 U.S.C. § 2254 and dismissed without prejudice on July 18, 2007. Petitioner has now filed the present motion seeking to be released from custody on the basis of his Moorish nationality. As stated above, Petitioner's habeas case is closed. Moreover, even if the case were not closed, Petitioner's claim fails on the merits because assuming a Moorish nationality is not a basis for release from state custody.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's "Motion to be Released from Custody Deriving from False Imprisonment" is **DENIED**.

Graham C. Mullen
United States District Judge

Signed: July 25, 2007